# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140894

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

In re Application of CONSUMERS ENERGY
COMPANY to Increase Rates,

_____

ATTORNEY GENERAL,
       Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
       Appellee

and CONSUMERS ENERGY COMPANY,
       Petitioner-Appellee,

and

MICHIGAN MUNICIPAL COALITION, METAL
TECHNOLOGIES, INC., and RAVENNA CASTING
CENTER, INC.,
       Appellees.

_____/

SC: 140894
COA: 296633
MPSC: U-15645

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010
_____
                          Clerk

y0719